

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00002-CR

**IN RE** Corey **KING**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: January 15, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 2, 2020, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2018CR7910, styled *The State of Texas v. Corey King*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.